AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00153 |
|  | ) Assigned to: Judge Robin M. Meriweather |
| DUSTIN BYRON THOMPSON  and | ) Assign Date: 1/22/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| ROBERT ANTHONY LYON | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description | Defendant(s) |
| --- | --- | --- |
| 18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | | Defendant Dustin Byron Thompson and Defendant Robert Anthony Lyon |
| 40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds | | Defendant Dustin Byron Thompson and Defendant Robert Anthony Lyon |
| 18 U.S.C. 641 - Theft of Government Property | | Defendant  Dustin Byron Thompson |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brian M. Thomas, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/22/2021__

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*